UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOHNNY MILLER,                          :

    Petitioner              :

                                  CIVIL ACTION NO. 3:CV-13-1452

v.                                      :

                                  (Judge Mannion)

JOHN E. WETZEL, et al.,                 :

    Respondents             :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus, (Doc. No. 1) is **DISMISSED**, without prejudice.

2. The Clerk of Court shall **CLOSE** this case.

3. There is no probable cause to issue a certificate of appealability.[1]

                            s/ *Malachy E. Mannion*
                            **MALACHY E. MANNION**
                            **United States District Judge**

Dated: June 7, 2013
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-1452-01-order.wpd

---

[1] Jurists of reason would not debate the procedural or substantive disposition of the Petitioner's claims. See Slack v. McDaniel, 529 U.S. 473, 484 (2000). Therefore, no certificate of appealability will be granted. See id.